IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARGO PHELPS, as Personal
Representative of the Estate of
ROBERT K. PHELPS,

    Plaintiff,

vs.                                    CASE NO.: 1:08cv17-SPM/AK

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed without prejudice pursuant to the parties' Stipulation for Dismissal With Prejudice (doc. 23) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 28th day of April, 2009.


                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge